## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Christine L. Porter

v.                                                    Civil No. 10-cv-056-PB

FNU Thadani[1]

### REPORT AND RECOMMENDATION

Pro se plaintiff, Christine L. Porter, has notified this
court that she claims damages in the amount of $69,648 and asks
this court to transfer her malpractice claim against defendant,
Dr. Thadani, to Cheshire County Superior Court. See Amended
Compl. (doc. no. 6). This court does not have authority to
transfer to state court a matter filed originally in this court,
but a plaintiff may be able to refile a matter there once it is
dismissed here on jurisdictional grounds. Cf. 28 U.S.C. § 1631
(authorizing federal court lacking jurisdiction over case to
transfer matter to another federal court with jurisdiction).

Plaintiff's notice indicates that she is claiming damages in
an amount below the jurisdictional threshold of $75,000. See 28
U.S.C. § 1332(a). If my earlier Report and Recommendation is
accepted, no claims will remain in this case within this court's
original jurisdiction. See Report and Recommendation (doc. no.

---

[1]The acronym "FNU" stands for first name unknown.

4).  This court should decline to exercise any supplemental
jurisdiction over the malpractice claim against Dr. Thadani.   See
28 U.S.C. § 1367(c)(3).   Therefore, I recommend that the
complaint be dismissed without prejudice to plaintiff's ability
to refile her malpractice action against Dr. Thadani in Cheshire
County Superior Court, or any other appropriate state court.

James R. Muirhead
United States Magistrate Judge

Date: April  8 , 2010

cc:   Christine L. Porter, pro se