UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Christine Porter</u>

       v.                Case No. 10-cv-56-PB

<u>Vijay Thadani</u>

<u>O R D E R</u>

I herewith approve the Reports and Recommendations of Magistrate Judge Muirhead dated March 15, 2010 and April 8, 2010, no objections having been filed.

    SO ORDERED.

May 3, 2010                    /s/ Paul Barbadoro
                                    Paul Barbadoro
                                    United States District Judge

cc:    Christine Porter, Pro se